UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DYNAMIC   DESIGNS   DISTRIBUTION,
INC.,

      Plaintiff,

v.                         Case No. 8:13-cv-707-T-33TBM

NALIN MANUFACTURING, LLC and
ANDREW NALIN,

      Defendants.
_____/

## ORDER

    This matter comes before the Court pursuant to the Mediator's Motion for Relief (Doc. # 44), which was filed on June 2, 2014. In the Motion, Peter J. Grilli, Esq., the Court-Appointed Mediator, indicates that Defendants Nalin Manufacturing, LLC and Andrew Nalin did not pay the Mediator for mediation services in the amount of $1,125.00. The Court directed Defendants, who are represented by counsel, to respond to the Motion. (Doc. # 45). Defendants failed to respond. The Court accordingly grants the Motion as an unopposed Motion.

## Discussion

    The Court's June 6, 2013, Case Management and Scheduling Order explains, "[t]o minimize costly pretrial procedures in a case that may be equitably settled, and to secure the just, speedy, and inexpensive determination of this action, all

parties shall participate in good faith in mediation." (Doc. # 21 at 10).  That Order also set forth detailed requirements for participation in the mediation and explained that "the cost of the mediator's services shall be borne equally by the parties to the mediat[ion] conference." (Id. at 12).  On July 10, 2013, the Court entered its Order appointing Peter J. Grilli, Esq. as the mediator. (Doc. # 24).  On November 14, 2013, the Mediator declared an impasse. (Doc. # 33).  At this juncture, the Mediator reports that Defendants have not paid him for his mediation services.

The Court requires Defendants to remit payment to the Mediator in the full amount of $1,125.00 on or before June 18, 2014.  Failure to do so may result in the imposition of sanctions.  Although this particular case was not amenable to a settlement and an impasse was declared, the parties and the Court received the full benefit of the Mediator's services. It is not appropriate for any party to avoid paying the Court-Appointed Mediator's fees, and this Court has the authority to require payment pursuant to the Local Rules.  See Local Rule 9.02(f).  The value of mediation as a dispute resolution tool cannot be overstated, and the mediation process is a fundamental component of the American legal system.  This Court will not countenance Defendants' failure to comply with

the Local Rules governing mediation conferences, especially if such violation has a direct, negative impact on the Mediator and serves to erode the mediation process, which is vital to this Court's efficient administration of justice.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Mediator's Motion for Relief (Doc. # 44) is **GRANTED.**

(2) Defendants are directed to remit payment to Peter Grilli, Esq. in the amount of **$1,125.00** on or before **June 18, 2014.** Failure to do so may result in the imposition of sanctions.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 10th day of June, 2014.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

All Counsel and Parties of Record
Mediator Peter J. Grilli, Esq.

3