UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DYNAMIC DESIGNS DISTRIBUTION, INC.,

    Plaintiff,

v.                            Case No. 8:13-cv-707-T-33TBM

NALIN MANUFACTURING, LLC and
ANDREW NALIN,

    Defendants.
_____/

**ORDER**

This matter comes before the Court pursuant to Plaintiff Dynamic Designs Distribution, Inc.'s Motion for Entry of Final Judgment (Doc. # 48), which was filed on July 21, 2014. The deadline for Defendants Nalin Manufacturing, LLC and Andrew Nalin to respond to the Motion has expired, and Nalin has not responded to the Motion. The Court accordingly grants the Motion as an unopposed Motion.

**Discussion**

On March 20, 2013, Dynamic Designs filed its complaint against the Nalin Defendants for declaratory judgment of non-infringement and invalidity of trade dress (Count I), tortious interference (Count II), and deceptive and unfair trade practices under Florida Statute § 501.201 (Count III). On April 18, 2014, the Court entered summary judgment in favor of Dynamic Designs as to Count I of Dynamic Designs' complaint.

(Doc. # 38). The Court denied summary judgment as to the remaining counts for tortious interference (Count II) and deceptive and unfair trade practices (Count III). (Id.).

On May 9, 2014, the parties filed a Joint Stipulation of Dismissal With Prejudice as to Count II and Count III (Doc. # 39) explaining that "the parties have reached a settlement in this matter" and dismiss with prejudice "the two remaining counts in the Complaint, Counts II and III." (Id.). On the same day, the Court entered an Order dismissing the case with prejudice. (Doc. # 40).

On May 23, 2014, Dynamic Designs filed a Motion for Attorneys' Fees and Costs as to Count I (Doc. # 42), which this Court granted on June 16, 2014. (Doc. # 47). The Court awarded Dynamic Designs $37,141.00 in attorneys' fees and $410.00 in costs, for a total of $37,551.00. (Id.).

At this juncture, Dynamic Designs seeks entry of final judgment as to Count I in the amount of $37,551.00. (Doc. # 48). The Nalin Defendants failed to respond to the Motion, and accordingly, the Motion is granted as an unopposed Motion. The Clerk is directed to enter final judgment in favor of Dynamic Designs and against the Nalin Defendants in the amount of $37,551.00 as specified in Dynamic Designs' proposed final judgment. (Doc. # 48-1).

2

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Plaintiff Dynamic Designs Distribution, Inc.'s Motion for Entry of Final Judgment (Doc. # 48) is **GRANTED**.

(2) The Clerk is directed to enter final judgment in favor of Dynamic Designs Distribution Incorporated and against Nalin Manufacturing, LLC and Andrew Nalin in the amount of $37,551.00 as specified in Dynamic Designs' proposed final judgment (Doc. # 48-1).

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 8th day of August, 2014.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

All Counsel and Parties of Record

3